UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CONTRACTOR'S EQUIPMENT SUPPLY CO., an Idaho corporation d/b/a/ CESCO,<br><br>Plaintiff,<br><br>v.<br><br>PRIZM GROUP & CONSTRUCTION, LLC, *et al.*,<br><br>Defendants. | Case No. 1:10-CV-045-BLW<br><br>**MEMORANDUM DECISION AND ORDER** |

The Court has before it a Motion to Withdraw as Counsel of Record for Defendants Bonar Development Group, Inc. and Riverview Park Subdivision Owner's Association (Dkt. 4). Counsel for these defendants requests to withdraw as counsel of record. Good cause appearing, the Court will grant the motion.

NOW THEREFORE IT IS HEREBY ORDERED that pursuant to District of Idaho Local Civil Rule 83.6, the Motion to Withdraw as Counsel (Dkt. 4) shall be, and the same is hereby GRANTED, and counsel is permitted to withdraw according to the following terms:

1. Withdrawing counsel shall continue to represent the defendants, pursuant to the Court's Local Rule 83.6(c)(1) until proof of service of this Order on the defendants

**MEMORANDUM DECISION AND ORDER - 1**

has been filed with the Court, or alternatively, until such time as the defendants notify the Court in writing that it has received the Court's Order. The withdrawing attorney shall forthwith and with due diligence serve all other parties and either personally serve copies of the Order upon the defendants or mail the Order by first class mail, return receipt requested.

2. The defendants shall have twenty-one (21) days from the filing of the proof of service by the withdrawing attorney to file written notice with the Court stating how and by whom they will be represented.

3. Upon filing of proof of service on the defendants, no further proceedings can be had in this action that will affect the defendants' rights for a period of twenty-one (21) days. If the defendants fail to appear in this action, through a newly appointed attorney within that twenty-one (21) day period, such failure shall be grounds for entry of default against the defendants without further notice. Because the defendants are not individuals, they may not appear without being represented by an attorney in accordance with Dist. Idaho Loc. Civ. R. 83.4(d).

DATED: **December 6, 2010**

B. LYNN WINMILL
Chief U.S. District Court Judge