UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| CONTRACTOR'S EQUIPMENT SUPPLY CO., an Idaho corporation, d/b/a/ CESCO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRIZM GROUP & CONSTRUCTION, LLC, *et al.*,<br><br>　　　　　Defendants. | Case No. 1:10-CV-045-BLW<br><br>**ORDER** |

The Court has before it the Motion and Stipulation to Dismiss (Dkt. 46) Mel Mellick, Lori Mellick, Ron Mellick, Kathy Mellick, Glen Mellick and Shelli Mellick from this case. Good cause appearing the Court will grant the motion and stipulation.

**ORDER**

**IT IS ORDERED:**

1. The Motion and Stipulation to Dismiss (Dkt. 46) is **GRANTED**.

DATED: **July 14, 2011**

B. LYNN WINMILL
Chief U.S. District Court Judge

**ORDER - 1**